UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDALL J. STEWART                                CIVIL ACTION

VERSUS                                            NO. 08-4241

TERRY TERRELL, WARDEN                             SECTION "A"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kendall J. Stewart for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

New Orleans, Louisiana, this 6th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE